No. 74–5408. RAVEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5411. MALONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5430. BANKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5448. BEAMON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 74–5450. TERAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5452. KOCHEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5461. KEMPER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5470. COCHRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5485. MAYFIELD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5490. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5501. RODRIGUEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5503. TUBBS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5508. LINCOLN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5521. ROMERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.